**SO ORDERED.**

**SIGNED this 1 day of July, 2021.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>SANITA HILLSMAN,<br><br>    Debtor. | Case No. 21-50064-JPS<br>Chapter 13 |
| CAMILLE HOPE, TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>WESTLAKE SERVICES LLC,<br><br>    Defendant. | Adversary No. 21-05007 |

### CONSENT ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

This matter is before the Court on the Motion to Substitute Parties filed by Westlake Services LLC ("Westlake"). Westlake has advised the Court that the lien and contract at issue in this matter have been assigned to Interstate Auto Sales ("Interstate"), and the motion seeks to

1

substitute Interstate as the Defendant in place of Westlake. The Trustee and Interstate have consented to this substitution, and the motion is hereby **GRANTED**. Interstate is substituted as the Defendant in this matter in place of Westlake. The case caption shall be amended accordingly.

# # #

**PREPARED AND PRESENTED BY:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar # 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com
*Attorney for Westlake Services LLC*


**CONSENTED TO:**

*/s/ Daniel L. Wilder (by BJC w/ permission)*
Daniel L. Wilder (GA Bar # 141448)
**Law Offices of Emmett L. Goodman, Jr., LLC**
544 Mulberry Street, Suite 800
Macon, GA 31201
(478) 745-5415 (Telephone)
(478) 746-8655 (Facsimile)
dwilder@goodmanlaw.com
*Attorney for Interstate Auto Sales*

*/s/ Sabrina Byrne (by BJC w/ permission)*
Sabrina Byrne (GA Bar No. 940671)
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202
(478) 742-8706

2